**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6598**

_____

THEODORE MORRIS FOUST,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF NORTH CAROLINA; TALMADGE
L. BARNETT,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro.  William L. Osteen, Sr.,
District Judge.  (CA-95-172-2)

_____

Submitted:  October 3, 1996          Decided:  October 10, 1996

_____

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Theodore Morris Foust, Appellant Pro Se.  Clarence Joe DelForge,
III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh,
North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his habeas petition under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal; to the extent a certificate of appealability is required, we deny such a certificate. We dismiss the appeal on the reasoning of the district court. Foust v. Attorney General, No. CA-95-172-2 (M.D.N.C. Mar. 27, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2